No. 02–10994. Latorre v. United States. C. A. 5th Cir. Certiorari denied.

No. 02–10995. Looker v. United States. C. A. 4th Cir. Certiorari denied.

No. 02–10996. Marquez v. United States. C. A. 9th Cir. Certiorari denied.

No. 02–10997. Mann v. United States. C. A. 8th Cir. Certiorari denied.

No. 02–10998. Zambrano v. United States. C. A. 9th Cir. Certiorari denied.

No. 02–10999. Williams v. Bowlen, Warden. C. A. 6th Cir. Certiorari denied.

No. 02–11000. Taylor v. Williams et al. C. A. 6th Cir. Certiorari denied.

No. 02–11001. Werber v. Lappin, Director, Federal Bureau of Prisons, et al. C. A. 2d Cir. Certiorari denied.

No. 02–11002. Blackerby v. Arizona Department of Corrections. Ct. App. Ariz. Certiorari denied.

No. 02–11003. Ben-Shimon v. Dodrill, Warden. C. A. 3d Cir. Certiorari denied.

No. 02–11004. Brown v. Sears Automotive Center et al. C. A. 4th Cir. Certiorari denied.

No. 02–11005. Boles v. Neet, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 02–11006. Akers v. United States. C. A. D. C. Cir. Certiorari denied.

No. 02–11007. Boone v. Epps, Commissioner, Mississippi Department of Corrections. C. A. 5th Cir. Certiorari denied.

No. 02–11008. Tweedy v. Abbott, Attorney General of Texas, et al. C. A. 5th Cir. Certiorari denied.